THE DELAWARE RIVER & BAY AUTHORITY, PLAINTIFF-RESPONDENT, v. NEW JERSEY PUBLIC EMPLOYMENT RELATIONS COMMISSION, AND GENERAL TEAMSTERS LOCAL UNION 326, AFFILIATED WITH INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, DISTRICT NO. 1-P.C.D., MARINE ENGINEERS BENEFICIAL ASSOCIATION, AFL-CIO AND LOCAL 333, UNITED MARINE DIVISION, NATIONAL MARITIME UNION, AFL-CIO, BEING UNINCORPORATED ASSOCIATIONS OF PERSONS TRANSACTING BUSINESS IN NEW JERSEY, USING A COMMON NAME AND NOT BEING AN ORDINARY PARTNERSHIP, DEFENDANTS-APPELLANTS.

Argued May 11 and 24, 1971—Decided June 7, 1971.

*Mr. Howard S. Simonoff* argued the cause for appellant, General Teamsters Local Union 326 (*Messrs. Plone, Tomar, Parks and Seliger,* attorneys).

*Mr. William Rossmoore* argued the cause for appellant Marine Engineers Beneficial Association (*Messrs. Rossmoore and Morris,* attorneys; *Mr. William Rossmoore; Messrs.*

*Joel C. Glanstein and Steven Thaler*, of the New York Bar; of counsel).

*Mr. Michael M. Rosenbaum* argued the cause for appellant Local 333, United Marine Division, National Maritime Union (*Messrs. Budd, Larner, Kent, Gross and Picillo*, attorneys).

*Mr. Theodore A. Winard*, Deputy Attorney General, argued the cause for appellant New Jersey Public Employment Relations Commission (*Mr. George F. Kugler, Jr.*, Attorney General of New Jersey, attorney).

*Mr. Vincent J. Pancari* argued the cause for respondent The Delaware River and Bay Authority (*Messrs. Halpin, Bailey and Pancari*, attorneys).

*Mr. Bruce M. Stargatt*, of the Delaware Bar, argued the cause for respondent, The Delaware River and Bay Authority (*Messrs. Young, Conaway, Stargatt and Taylor*, of the Delaware Bar, of counsel).

*Mr. Francis A. Mulhern* argued the cause for the Port of New York Authority.

PER CURIAM. The judgment is affirmed for the reasons expressed in the Appellate Division opinion, 112 *N. J. Super.* 160 (1970).

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and MOUNTAIN—7.

*For reversal*—None.